No. 363. SIMONS v. MIAMI BEACH FIRST NATIONAL BANK, EXECUTOR. District Court of Appeal of Florida, Third District. Certiorari granted. *William Gresham Ward* for petitioner. *Marion E. Sibley* for respondent.

No. 291. MINNESOTA MINING & MANUFACTURING Co. v. NEW JERSEY WOOD FINISHING Co. C. A. 3d Cir. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Sidney P. Howell, Jr.,* and *Charles C. Trelease* for petitioner.

No. 345. MARYLAND FOR THE USE OF LEVIN ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *Theodore E. Wolcott* for petitioners. *Solicitor General Cox* for the United States.

No. 348. LEH ET AL. v. GENERAL PETROLEUM CORP. ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 6 presented by the petition which reads as follows:

"Whether the statute of limitations was tolled by Section 5 of the Clayton Act during the pendency of the Government's action in *United States* v. *Standard Oil Company of California, et al.* (Civil No. 11584–C)?"

*Maxwell Keith* for petitioners. *Howard Painter, Francis R. Kirkham, William E. Mussman, Thomas E. Haven, George W. Jansen, Charles E. Beardsley, Jack E. Woods, Moses Lasky, Wayne H. Knight* and *Edmund D. Buckley* for respondents.